PAPERS IN D. C. FILE

[None]

RICHARD PATTINSON

v.

JAMES AND FRANCIS LASSELLE

1807

JOURNAL ENTRIES

1. Declaration filed; appearance; rule to plead . *Journal, infra,* \*p. 62
2. Plea filed . . . . . . . . . . . . . . . " 83
3. Postponement . . . . . . . . . . . . " 129
4. Rule for commission to take depositions . . . . . " 154
5. Depositions opened and filed . . . . . . . . " 155
6. Jurors; verdict; judgment . . . . . . . . . " 170
7. Witness fees ordered paid . . . . . . . . . " 174

PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . .
2. Copy of record of district court . . . . . . . . . .
3. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
4. Commission to take depositions . . . . . . . . . .
5. Deposition of Porter Hanks . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .